UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHBUBUR RAHMAN,<br><br>                                    Petitioner,<br><br>v.<br><br>JEREMY CASEY, Warden of Imperial Regional Detention Facility, et al.,<br><br>                                    Respondents. | Case No.:  26-CV-646 JLS (MMP)<br><br>**ORDER DIRECTING PARTIES TO FILE A JOINT STATUS REPORT** |

On February 23, 2026, the Court granted in part Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1) and ordered Respondents to immediately release Petitioner from custody.  ECF No. 9 ("Order") at 8.  The Parties failed to file a joint status report confirming Petitioner's release by the deadline set in the Court's Order. *Id.*

Accordingly, the Court again **ORDERS** the Parties to file a joint status report by March 30, 2026, confirming Petitioner's release.

**IT IS SO ORDERED.**

Dated:  March 25, 2026

Hon. Janis L. Sammartino
United States District Judge

1

26-CV-646 JLS (MMP)