UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHBUBUR RAHMAN,<br><br>                              Petitioner,<br><br>v.<br><br>JEREMY CASEY, Warden of the<br>Imperial Regional Detention Center, et al.,<br><br>                              Respondents. | Case No.:  26-CV-646 JLS (MMP)<br><br>**ORDER DISMISSING CASE**<br><br>(ECF No. 9) |

On February 23, 2026, the Court granted in part Petitioner's Petition for Writ of Habeas Corpus ("Order," ECF No. 9), and Petitioner was released from custody (ECF No. 11). Petitioner's attorney requested attorney's fees under the Equal Access to Justice Act. *See* ECF No. 1 at 10. In the Court's Order, Petitioner's attorney was given thirty (30) days from the date of the Order to "submit an attorney fee application and corresponding billing records." Order at 8. Thirty days from the date of the Order have come and gone, and Petitioner's attorney has not submitted an attorney fee application. *See generally* Docket.

/ / /

/ / /

/ / /

26-CV-646 JLS (MMP)

Therefore, counsel's request for attorney's fees is **DENIED WITHOUT PREJUDICE**. As this concludes the litigation in the matter, the Clerk shall **CLOSE** the file.

**IT IS SO ORDERED.**

Dated: March 30, 2026

_Janis L. Sammartino_
Hon. Janis L. Sammartino
United States District Judge